FILED
JUL 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**Mr. Lawrence Wright**  :
6411 Whitwell Court
Fort Washington, MD 20744  :

v.  :

  : Case: 1:07-cv-01279
**John E. Potter**  : Assigned To : Walton, Reggie B.
United States Postmaster General  : Assign. Date : 7/18/2007
475 L'Enfant Plaza SW  : Description: Employ. Discrim.
Washington DC 20260-0010

  :

*JURY ACTION*

## COMPLAINT

**COMES NOW THE PLAINTIFF**, Lawrence Wright by and through his counsel, James Quincy Butler, Esq, of the Butler Legal Group, P.L.L.P., in Washington, D.C. and sues the Defendant(s) named supra and infra, and in support of his complaint hereby states as follows:

### JURISDICTION

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5).

2. Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42U.S.C. Sections 1981 et seq. Where employment discrimination is based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c) (1) and 626(e) and appropriate relief is also sought.

## PARTIES

3.  Plaintiff Lawrence Wright, herein known as "Wright" was at all times referenced herein a Special Delivery Messenger, employed by defendant United States Postal Service and supervised by defendant United States Postal Inspection Service.

4.  The acts complained of herein occurred in Washington, D.C. within the jurisdiction of this court. Mr. Wright is a citizen of the United States and was employed at the United States Postal Service's Curseen-Morris Post Office in Washington, DC and resides in Fort Washington, Maryland.

5.  Defendant, John E. Potter, herein known as "Potter", is the United States Postmaster General and his office is located within this district and is the head of the United States Postal Service.

## EXHAUSTION OF REMEDY

6.  Wright has filed a complaint with the Equal Employment Opportunity Office of the United States Postal Service. He has exhausted all administrative remedies required. He is filing this complaint as evidence by the attached exhibit a as they are within the 90 day time frame.

7.  Wright filed a formal complaint of discrimination with the United States Postal Service on January 9, 2007, and on January 31, 2007, the agency issued a final decision dismissing the complaint as failing to state a claim in accordance with 29 C.F.R. 1614.107(a)(1).

8.  The Final Agency Decision was appealed before the Equal Employment Opportunity Commission, Office of Federal Operations and the Equal Employment Opportunity Commission issued a final agency decision on April 18, 2007.

9.  Therefore Plaintiff Wright has exhausted all administrative remedies.

## CAUSES OF ACTION

10. The complainant alleges that the defendant(s) have discriminated against the parties and that the following facts form the basis for their allegations.

11. In April 1996, Plaintiff was employed as a Special Delivery Messenger in the Special Delivery Unit at the Brentwood Post Office in Washington, DC.

12. An arbitrator had sustained grievance brought on behalf of the Special Delivery Messenger Class of which Wright was a member against the United States Postal Services (USPS).

13. Plaintiff Wright complaint alleges that the USPS breached the Arbitration Proceedings and Collective Bargaining Agreement ("Agreement") with Mr. Wright by failing to implement the arbitrator's award dated April 3, 1996.

14. Plaintiff Wright never signed a release form or settlement form regarding the Arbitrator's decision which awarded him back pay.

15. The Arbitration awarded $75,000.000. However, Wright was only paid a small fraction of that amount.

16. Plaintiff Wright was cheated out of $60,000.00 owned to him.

17. Plaintiff Wright never agreed to settle for anything less than $75,000.00.

18. Additionally, Mr. Wright alleges that the Union has breached its duty of fair representation in failing to properly represent Mr. Wright and to compel the USPS to abide by the arbitrator's award in violation of Section 301 of the Labor Management Relations Act, 29 U.S.C.A. 185.

19. Defendant Potter's purposely conducted the acts of or omission to act as set forth supra constituted a breach of duty to Plaintiff Wright and in direct violation of Section 301 of the Labor Management Relations Act, 29 U.S.C.A. 185.

20. In doing the acts set forth supra Defendant Potter willfully and maliciously intended to cause financial and emotional distress, as the Defendants conduct was intentional and malicious and done for the purpose of causing Plaintiff to suffer unnecessary financial and emotional burden.

## INJURY

21. Based upon the series of event set forth supra the plaintiff was denied back pay contrary to the arbitration award sustained on April 3, 1996, and the actions of the defendants were discriminatory, and as such, Plaintiff is entitled to relief.

22. In doing the acts set forth supra Defendant Potter's, acts or omission to act constituted a breach of the arbitration order to Plaintiff Wright.

23. In doing the acts set forth supra Defendant Potter willfully and maliciously intended to cause emotional distress, as the Defendant's conduct was intentional and malicious and done for the purpose of causing Plaintiff to suffer financial, mental and emotional anguish.

24. As a result of Defendant Potter's acts and the consequences proximately caused by it, as hereinabove alleged, Plaintiff Wright suffered severe financial anguish, as well as mental and emotional distress, and continues to suffer to this day as Defendant Potter refused to comply with the arbitration awarded to Plaintiff Wright on April 3, 1996.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully prays that this Court award judgment that Defendant Potter is liable in the amount of three hundred thousand dollars, $300,000.00 for the Plaintiffs individual claim, plus interest, cost of this action and attorneys fees and any other relief this court deems appropriate.

Respectfully submitted,

By: *[signature]*
James Q. Butler, Esq. #490014
Butler Law Firm
818 18th Street, Ste. 1010
Washington, D.C. 20006
Telephone: (202) 223-6767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **Mr. Lawrence Wright**<br>**6411 Whitwell Court**<br>**Fort Washington, MD 20744** | : <br> : <br> : | CASE NO: _____ |
| v. | : | |
| **John E. Potter**<br>**United States Postmaster General**<br>**475 L'Enfant Plaza SW**<br>**Washington DC 20260-0010** | : <br> : <br> : <br> : | JURY DEMAND |

## JURY DEMAND

The Plaintiff demands a trial by jury as to all issues so triable on behalf of Lawrence Wright, against the defendant John E. Potter, United States Postmaster General.

Dated this _18_ day of _July_, 2007

Respectfully submitted;

By: _____
James Quincy Butler, Esq.
Attorney at Law
Butler Law Firm
818 18th Street, 10th Floor
Washington, D.C. 20006
Telephone: (202) 223-6767
Facsimile: (202) 223-3039

6

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Lawrence Wright

## DEFENDANTS
John E. Potter, US Postmaster General

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James Q. Bulter
818 18th Street, NW, 6th Floor
Washington, DC 20006
(202)223-6767

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01279
Assigned To : Walton, Reggie B.
Assign. Date : 7/18/2007
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⦿ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENS
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (PLACE AN x IN ONE BOX FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

NOT USA
NOT USAG

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ☒ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC Section 2000e(5)

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 7/19/07    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.