UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WRIGHT,<br><br>                Plaintiff,<br>    v.<br><br>JOHN E. POTTER,<br><br>                Defendant. | Civil Action No. 07-01279 (RBW) |

## MOTION FOR ENLARGEMENT OF TIME

    Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Defendant requests an enlargement of time, up to and including November 27, 2007, within which to respond to Plaintiff's Complaint. At present, Defendant's response is due on November 6, 2007. The undersigned has left a message with Plaintiff's counsel requesting consent to the relief sought but has not heard back from Plaintiff's counsel prior to filing this motion. The Defendant seeks an extension because agency counsel has not yet provided the undersigned with the necessary materials to defend the case in a dispositive motion or to answer the complaint. Based on the representations of agency counsel, the undersigned had expected to file a timely dispositive motion. However, at the close of business on Friday the 2nd of November, the undersigned has not received the necessary materials. Therefore, the Defendant requests additional time to allow the Defendant to sufficiently prepare a dispositive motion or an answer to the complaint.

    For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

November 2, 2007                     Respectfully submitted,


                                     ___/s/_____
                                     JEFFREY A. TAYLOR, D.C. BAR # 498610
                                     United States Attorney


                                     __/s/_____
                                     RUDOLPH CONTRERAS, D.C. BAR # 434122
                                     Assistant United States Attorney


                                     __/s/_____
                                     ANDREA MCBARNETTE, D.C. BAR #483789
                                     Assistant United States Attorney
                                     Judiciary Center Building
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 514 7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-01279 (RBW) |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including November 27, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007