UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WRIGHT,    )<br>    )<br>            Plaintiff,    )<br>    v.    )<br>    )<br>JOHN E. POTTER,    )<br>    )<br>            Defendant.    )<br>_____) | Civil Action No. 07-01279 (RBW) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Defendant requests an enlargement of time, up to and including December 18, 2007, within which to respond to Plaintiff's Complaint. At present, Defendant's response is due on November 27, 2007. Plaintiff's counsel has graciously consented to the relief sought. This is the Defendant's second request for an enlargement. The Defendant seeks an extension because agency counsel has not yet provided the undersigned with the necessary materials to defend the case in a dispositive motion or to answer the complaint. In addition, agency counsel will be out of the office through the holiday this week and into next week when the response is due. The Defendant requests additional time so that the undersigned can obtain the necessary materials from agency counsel, have an opportunity to meaningfully review the materials, consult with agency counsel, and prepare a dispositive motion to the complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

November 20, 2007                    Respectfully submitted,


   /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/_____
ANDREA MCBARNETTE, D.C. BAR #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
 (202) 514 7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WRIGHT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN E. POTTER, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-01279 (RBW) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including December 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007