AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lawrence Wright
6411 Whitwell Court
Fort Washington, MD 20744

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter
United States Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260-0010

CASE N

Case: 1:07-cv-01279
Assigned To : Walton, Reggie B.
Assign. Date : 7/18/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

John E. Potter
United States Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260-0010

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group
818 18th Street, 6th Floor
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         JUL 1 8 2007
CLERK                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  DATE  9/11/07

NAME OF SERVER (PRINT): Karen A. Abbott    TITLE: Investigator

Check one box below to indicate appropriate method of service.

G  Served personally upon the defendant. Place where served: United States Postmaster General 475 L'Enfant Plaza SW D.C.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: X Marks Purrie

G  Returned unexecuted:

G  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07
Date

Signature of Server: Karen G. Abbott

Address of Server: 929 Hamilton St. N.W.
Wash., D.C. 20011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.