UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-1279 (RBW) |
| ) | |
| JOHN E. POTTER, U.S. Postmaster General ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING OF BULKY EXHIBITS

Exhibits 1-28 of Defendant's Motion to Dismiss Or, in the Alternative for Summary Judgment (Docket # 6) will be filed in the Clerk's Office in CD-ROM format. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday. A copy of the exhibits have been served upon Plaintiff's counsel by First-Class Mail.

Dated: December 19, 2007          Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153