UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WRIGHT,             )<br>                                                    )<br>            Plaintiff,            )<br>    v.                                           )<br>                                                    )    Civil Action No. 07-1279 (RBW)<br>                                                    )<br>JOHN E. POTTER, U.S. Postmaster General  )<br>                                                    )<br>            Defendant.            )<br>                                                    ) | |

## ERRATA

Defendant respectfully requests that the Clerk correct Docket Entry # 8 (Notice of Filing of Bulky Exhibits). Exhibits 1-28 of Defendant's Motion to Dismiss Or, in the Alternative for Summary Judgment in <u>Pearsall v. Gonzalalez</u>, Civil Action No. 07-1279 were inadvertently filed in the above-captioned case. The Exhibits have now been correctly filed and opposing counsel notified of the corrective action.

Dated: December 21, 2007                Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153