UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LAWRENCE WRIGHT,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 07-1279 (RBW)
                                        )
JOHN E. POTTER,                         )
United States Postmaster General,       )
                                        )
            Defendant.                  )
                                        )
_____)

**ORDER TO SHOW CAUSE**

Lawrence Wright, the plaintiff in this civil suit, seeks to recover $300,000 from John E.

Potter, United States Postmaster General, in his official capacity for alleged employment

discrimination on the basis of age pursuant to Title VII of the Civil Rights Act of 1964, 42

U.S.C. §§ 2000e-2000e-17 (2000), and the Age Discrimination Employment Act, 29 U.S.C.

§§ 621-634 (2000).  Complaint ¶¶ 1-2.  On December 18, 2007, the defendant filed a motion to

dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the

alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Defendant's

Motion to Dismiss or, in the Alternative, for Summary Judgment at 1.  Pursuant to this Court's

local rules, and taking into account the three additional days afforded by Federal Rule of Civil

Procedure 6(d) for motions served by mail, the plaintiff's opposition to the defendants' motion

was due on or before January 2, 2007.  See Local Civ. R. 7(b) (providing that the Court may

"treat as conceded" a motion to which no opposition is filed "[w]ithin 11 days of the date of

service" of that motion).  That deadline has expired, yet no opposition has been filed.  It is

therefore

      **ORDERED** that on or before January 14, 2008, the plaintiff shall either (1) file his

opposition to the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment,

or (2) show cause in writing why the Court should not treat the Defendant's Motion to Dismiss

or, in the Alternative, for Summary Judgment as conceded, dismiss the plaintiff's complaint, and

close this case.

      **SO ORDERED** this 7th day of January, 2008.


                                      REGGIE B. WALTON
                                      United States District Judge