# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )
LAWRENCE WRIGHT,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        Civil Action No. 07-1279 (RBW)
                                          )
JOHN E. POTTER,                           )
United States Postmaster General,         )
                                          )
                    Defendant.            )
                                          )
_____  )

## ORDER

Lawrence Wright, the plaintiff in this civil suit, seeks to recover $300,000 from John E. Potter, United States Postmaster General, in his official capacity for alleged employment discrimination on the basis of age pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17 (2000), and the Age Discrimination Employment Act, 29 U.S.C. §§ 621-634 (2000).  Complaint ¶¶ 1-2.  On December 18, 2007, the defendant filed a motion to dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment at 1.  When the plaintiff failed to file a timely opposition to the defendant's motion, the Court entered an order directing the plaintiff to either file his opposition or show cause in writing why the Court should not treat the defendant's motion as conceded, dismiss the plaintiff's complaint, and close this case by January 14, 2008.  That deadline has expired, yet no opposition has been filed.  It is therefore

**ORDERED** that the Defendant's Motion to Dismiss or, in the Alternative, for Summary

Judgment is **GRANTED**.  It is further

**ORDERED** that the plaintiff's Complaint is **DISMISSED** in its entirety.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 15th day of January, 2008.


REGGIE B. WALTON
United States District Judge